2nd Amended
UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
CHAPTER 13 PLAN (Individual Adjustment of Debts)          CASE NO.: 04-35474-BKC-SHF

DEBTOR: Nicolas A. Serra _____ JOINT DEBTOR _____

SS# XXX-XX-8816 _____     SS# _____

☐ This document is a plan summary. Additional data on file in clerk's office attached to original plan.

**MONTHLY PLAN PAYMENT:** Including trustee's fee not to exceed 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for a period of __60__ months:
- A. $ 1,185.55 for months  1  to  8
- B. $ 1,460.94 for months  9  to  60
- C. $ _____ for months ___ to ___ ; in order to pay the following creditors:

Administrative: Attorney's Fee - $ 2,500.00    TOTAL PAID $ 2,000.00
              Balance Due    $ 500.00    payable $ 50.00 /month (Months  1  to  10 )

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. U.S. Bank          Arrearage on Petition Date $ 21,113.01
                      Arrears Payment $ 281.30 /month (Months  1  to  8 &$362.75/mo
                      Regular Payment $ 746.47 /month (Months  1  to  2 ) (mos 9-60)
                      715.22 mos. 3-60

2. PBC Code Enforcement   Arrearage on Petition Date $ 8,782.63
                          Arrears Payment $ 168.90 /month (Months  9  to  60 )
                          Regular Payment $ _____ /month (Months ___ to ___ )

3. _____    Arrearage on Petition Date $ _____
                      Arrears Payment $ _____ /month (Months ___ to ___ )
                      Regular Payment $ _____ /month (Months ___ to ___ )

4. _____    Arrearage on Petition Date $ _____
                      Arrears Payment $ _____ /month (Months ___ to ___ )
                      Regular Payment $ _____ /month (Months ___ to ___ )

☐ IF CHECKED, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING THE CLAIMS OF THE CREDITORS LISTED BELOW PURSUANT TO 11 USC § 506(a) AND BANKRUPTCY RULE 3012.

| Secured Creditor | Payoff Amount: Value of Collateral | Rate of Interest | Plan Payments | Months of Payments |
|---|---|---|---|---|
|  | $ | % | $ | ___ To ___ |

Priority Creditors: [including non-dischargeable debts paid 100% in plan]

1. _____     Total Due $ _____
                       Payable $ _____ /month (Months ___ to ___ ) Regular Payment $
2. _____     Total Due $ _____
                       Payable $ _____ /month (Months ___ to ___ ) Regular Payment $

Unsecured Creditors: Pay $ 31.25 /month (Months  3  to  10 ). $81.25 mos. 11-60
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date

Other          Provisions          Not          Included          Above

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

Debtor [signature]                      Joint Debtor
Date: 11-2-05                            Date: _____

LF-31 (rev 01/26/01)