UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 04-35474-BKC-PGH
IN RE: PROCEEDING UNDER CHAPTER 13

NICOLAS A. SERRA
XXX-XX-8816

DEBTOR_____/

## NOTICE OF HEARING AND TRUSTEE'S MOTION TO DEVIATE FROM CONFIRMED PLAN AND DEEM CLAIM WITHDRAWN

**PLEASE TAKE NOTICE** that a hearing will be held on **Jun 08, 2006, at 9:45 AM**, at the Forum Building Complex, 1675 Palm Beach Lakes Blvd., 6th Floor, West Palm Beach, FL 33401 to consider Robin Weiner, Standing Chapter 13 Trustee's ("Trustee") Motion To Deviate From Confirmed Plan And Deem Claim Withdrawn.

The Trustee respectfully moves this Court, pursuant to 11 U.S.C. §§ 502 and 1329, and Federal Rules of Bankruptcy Procedure 2002 and 3007, for an Order allowing the Trustee to deviate from the Debtor(s)' Confirmed Chapter 13 Plan ("Plan") and deeming the proof of claim filed by PALM BEACH COUNTY ("Creditor") withdrawn and states as follows:

1. The Debtor(s) filed a voluntary petition on Wed Dec 01, 2004.

2. The Debtor(s) Plan was confirmed on Thu Nov 10, 2005.

3. Upon information and belief, Creditor refuses to accept payments from the Trustee and Debtor(s) have not modified the Plan accordingly.

4. The Trustee requests permission to deviate from the Plan to disburse payments allocated to Creditor to pay Adminisrative, Secured and Priority Creditors more quickly (if applicable) and increase the amount paid to allowed Unsecured Creditors by the balance due to Creditor for the remainder of the Plan term.

5. The Trustee requests that Debtor(s) be required to continue making payments under the Plan until further Order of this Court.

**WHEREFORE** the Trustee respectfully requests this Honorable Court enter an Order deviating from Plan and deeming the proof of claim filed by Creditor withdrawn, allowing the Trustee to deviate from Debtor(s)' Plan to disburse payments allocated to Creditor to pay Administrative, Secured, and Priority Creditors more quickly (if applicable) and increase the amount paid to allowed Unsecured Creditors by the balance due to Creditor for the remainder of the Plan term, that Debtor(s) be required to continue making payments under the Plan until further Order of this Court, and further relief as the Court deems proper.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with additional qualifications to practice in this Court set forth in local rule 2090-1(A) and that a true and correct copy of this Notice of Hearing and Trustee's Motion to Deviate From Confirmed Plan And Deem Claim Withdrawn was served, via U.S. first class mail, to the parties listed below this 15th day of May, 2006.

```
          /s/
ROBIN R. WEINER, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 559007
FORT LAUDERDALE, FL 33555-9007
TELEPHONE: (954) 382-2001
FLORIDA BAR NO. 861154
```

**COPIES FURNISHED TO:**

DEBTOR
NICOLAS A. SERRA
113 DOROTHY DRIVE
WEST PALM BEACH, FL  33415

ATTORNEY FOR DEBTOR
STEVEN R. DUHL ESQUIRE
ALEXANDER, DAMBRA & DUHL
5737 OKEECHOBEE BLVD  STE 201
W. PALM BEACH, FL  33417

CREDITOR
PALM BEACH COUNTY
301 N. OLIVE AVENUE
WEST PLAM BCH, FL 33401