UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA, WEST PALM BEACH DIVISION

IN RE: | Case No. 04-35474-BKC-SHF
Chapter 13

SERRA, NICOLAS A.
Debtor(s).

## NOTICE OF PAYMENT CHANGE

COMES NOW, secured creditor U.S. BANK, N.A., SUCCESSOR BY MERGER TO THE LEADER MORTGAGE COMPANY, by and through their undersigned counsel and files this Notice of Payment Change and states that the regular monthly payment has changed as follows:

Regular Payment $715.22

New Payment of $981.55

Payment Change Effective: March 1, 2006

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing payment change notice has been sent by electronic or standard first class mail this __11th__ day of __October__, 2006 to the following:

DOROTHY A. SERRA, 113 DOROTHY DRIVE, WEST PALM BEACH, FL 33415
STEVEN R DUHL, ESQ, 5737 OKEECHOBEE BLVD #201, WEST PALM BEACH, FL 33417
U.S. BANKRUPTCY COURT, 701 CLEMATIS, ST. 202, WEST PALM BEACH, FL 33401
ROBIN R. WEINER, CH 13 TRUSTEE, P.O. BOX 559007, FORT LAUDERDALE, FL 33355

By: _____
STEVEN G. POWROZEK
FL Bar # 0316120
SHAPIRO & FISHMAN, LLP
Attorney for Secured Creditor
10004 N. Dale Mabry Highway
Tampa, FL 33618
Telephone: (813) 880-8888
E-mail: spowrozek@logs.com

05-66054B