UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 04-35474-BKC-EPK
IN RE: PROCEEDING UNDER CHAPTER 13

NICOLAS A. SERRA
XXX-XX-8816

DEBTOR_____ /

## NOTICE OF DELINQUENCY

**PLEASE TAKE NOTICE** the above-referenced Debtor(s) are **delinquent in Confirmed Chapter 13 Plan Payments in the amount of $ 5904.90.**

The Debtor(s) shall have forty-five (45) days from the date of this Notice to make all payments due under the Confirmed Plan/Modified Plan, **INCLUDING ANY PAYMENTS THAT BECOME DUE WITHIN THE FORTY-FIVE (45) DAY PERIOD**, in the form of a money order or cashier's check only.

If the Trustee does not receive all payments by <u>Jan 04, 2010</u> to bring the Debtor(s) totally current under the Confirmed Plan, or if applicable, a Motion to Modify has not been timely filed and set within fifteen (15) days of this Notice pursuant to the Confirmation Order, the Trustee shall file and serve a Report of Non-Compliance.

As a result of the Debtor(s) failure to comply, the case shall be dismissed with prejudice to the filing of any bankruptcy proceeding for a period of 180 days from entry of the Order of Dismissal without further notice or hearing.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with additional qualification to practice in this Court set forth in Local Rule 2090-1(A) and that a true and correct copy of this Notice of Delinquency was mailed, via U.S. first class mail, to those parties listed on the attached service list this 20th day of November, 2009.

/s/ Robin R. Weiner
ROBIN R. WEINER, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 559007
FORT LAUDERDALE, FL 33355-9007
TELEPHONE: (954) 382-2001
FLORIDA BAR NO. 861154

COPIES FURNISHED TO:
SEE ATTACHED SERVICE LIST

SERVICE LIST

DEBTOR
NICOLAS A. SERRA
113 DOROTHY DRIVE
WEST PALM BEACH, FL  33415

ATTORNEY FOR DEBTOR
STEVEN R. DUHL ESQUIRE
ALEXANDER, DAMBRA & DUHL
5737 OKEECHOBEE BLVD  STE 201
W. PALM BEACH, FL  33417