UNITED STATES BANKRUPCTY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

IN RE:

CASE NO.: 04-35474-BKC-EPK
PROCEEDING UNDER CHAPTER 13

NICOLAS A. SERRA
XXX-XX-8816

DEBTOR_____ /

### CHAPTER 13 TRUSTEE'S NOTICE OF PLAN COMPLETION AND REQUEST FOR ORDER GRANTING THE DEBTOR(S)' DISCHARGE, IF APPLICABLE, AND TERMINATING THE EMPLOYEE WAGE DEDUCTION ORDER, IF APPLICABLE

**COMES NOW**, Robin R. Weiner, Chapter 13 Trustee in the above styled action and files this Notice of Completed Plan and Request for Order Granting the Debtor(s)' Discharge, if applicable, and Terminating the Employee Wage Deduction Order, if applicable, and respectfully shows the Court as follows:

The Chapter 13 Trustee has verified the debtor(s) in the above-referenced Chapter 13 case has completed payments under the confirmed plan and has complied with the requirements of the U.S. Bankrupcty Code and the Order Confirming Chapter 13 Plan.

The Chapter 13 Trustee respectfully requests that this Court enter an order granting a discharge to the above referenced debtor(s) and terminating the Employee Wage Deduction Order, if applicable, provided the Court is satisfied the Debtor(s) have complied with all provisions under 11 U.S.C. Section 1328.

The Chapter 13 Trustee's Final Report of Estate will be submitted as soon as practicable after all payments made to creditors have been negotiated and no outstanding disbursements remain. This case will remain open pending receipt of the Chapter 13 Trustee's Final Report of Estate. Upon submission, an order discharging the Chapter 13 Trustee will be entered in this case.

Respectfully submitted this 14th day of January, 2010.

/s/ Robin R. Weiner
ROBIN R. WEINER, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 559007
FORT LAUDERDALE, FL 33355-9007
TELEPHONE: (954) 382-2001
FLORIDA BAR NO.: 861154