UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 04-35474-BKC-EPK
IN RE: PROCEEDING UNDER CHAPTER 13

NICOLAS A. SERRA
XXX-XX-8816

DEBTOR_____/

**NOTICE OF WITHDRAWAL OF**
**TRUSTEE'S NOTICE OF DELINQUENCY**

 **COMES NOW** the Trustee, Robin R. Weiner, Esquire, and files this her Notice of Withdrawal of Notice of Delinquency in the above-syled proceeding, and states as follows:

1. The Notice of Delinquency dated Nov 20, 2009 was filed by the Trustee.

2. The Trustee hereby withdraws said Notice of Delinquency.

**RESPECTFULLY SUBMITTED** this 26th day of January, 2010.

      /s/ Robin R. Weiner_____
      ROBIN R. WEINER, ESQUIRE
      STANDING CHAPTER 13 TRUSTEE
      P.O. BOX 559007
      FORT LAUDERDALE, FL 33355
      TELEPHONE:(954)382-2001
      FLA. BAR NO. 861154

COPIES FURNISHED TO:
SEE ATTACHED SERVICE LIST

**SERVICE LIST**

<u>DEBTOR</u>
NICOLAS A. SERRA
113 DOROTHY DRIVE
WEST PALM BEACH, FL  33415

<u>ATTORNEY FOR DEBTOR</u>
STEVEN R. DUHL ESQUIRE
ALEXANDER, DAMBRA & DUHL
5737 OKEECHOBEE BLVD  STE 201
W. PALM BEACH, FL  33417